BRYAN A. BOYACK, ESQ.
Nevada Bar No. 9980
BOYACK LAW GROUP
1707 Village Center Circle, Suite 100
Las Vegas, Nevada 89134
Phone:  (702) 744-7474
Fax:     (702) 623-4746
Email: Bryan@BoyackLawGroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE BAKER,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA ex rel UNITED STATES POSTAL SERVICE, and DOES I through X,<br><br>            Defendants. | CASE NO.:   2:21-cv-00933-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 27 |

The above named parties hereto, by and through their counsel of record, hereby stipulate, pursuant to FRCP 41, that the above-entitled matter is hereby **DISMISSED WITH PREJUDICE** in its entirety. Plaintiff and Defendant have settled this matter and are to bear their own fees, costs and expenses.

   **IT IS SO STIPULATED**

Dated this 4th  day of April, 2023.          DATED this 4th day of April, 2023.

BOYACK LAW GROUP                          JASON M. FRIERSON
                                                                       UNITED STATES ATTORNEY

*/s/ Bryan A. Boyack*                                   */s/ Virginia T. Tomova*

BRYAN A. BOYACK, ESQ.               VIRGINIA T. TOMOVA
Nevada Bar No.: 9980                          Nevada Bar No.: 12504
*Attorney for Plaintiff*                             *Attorney for Defendant*

1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DARLENE BAKER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA ex rel<br>UNITED STATES POSTAL SERVICE, and<br>DOES I through X,<br><br>　　　　　　Defendants. | CASE NO.:   2:21-cv-00933-JAD-VCF<br><br>**ORDER GRANTING STIPULATION AND PROPOSED FOR DISMISSAL WITH PREJUDICE** |

　　Upon consideration of the parties Stipulation and Proposed Order for Dismissal with Prejudice [ECF No. 27], and good cause appearing, it is hereby ORDERED that the Stipulation and Proposed Order is hereby granted and Plaintiff's claims against Defendant are hereby dismissed with prejudice, each side to bear its own fees, costs, and expenses.

　　The Clerk of Court is directed to CLOSE THIS CASE.

　　DATED this 5th day of April, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DISTRICT COURT JUDGE JENNIFER DORSEY